IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSALINDA BERMUDEZ-ARENAS,

       Plaintiff,                          No. 3:16-CV-2164-PK

       v.                                   ORDER

CITY OF MCMINNVILLE, BRIAN
MCMULLEN, JUSTIN JAMES, and
RHONDA SANDOVAL,

       Defendants.

Brendan R. Dummigan
Randolph J. Pickett
Pickett Dummigan LLP
621 S.W. Morrison Street, Suite 900
Portland, OR 97205

    Attorneys for Plaintiff

Steven A. Kraemer
Leslie A. Edenhofer
Kraemer & Edenhofer
P.O Box 1469
Lake Oswego, OR 97035

    Attorneys for Defendants

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings and Recommendation [25] on March 6, 2017, in which he recommends that the Court grant in part Defendants' Partial Motion to Dismiss [15]. Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [25]. Accordingly, Defendants' Partial Motion to Dismiss [15] is granted in part.

IT IS SO ORDERED.

DATED this 24 day of May, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge